# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141776

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

STATE TREASURER,
   Plaintiff-Appellee,

and

COUNTY OF ARENAC,
   Intervening Plaintiff,

v

PATRICK E. FENDER,
   Defendant-Appellant,

and

AIG AMERICAN GENERAL, a/k/a
AIG LIFE INSURANCE COMPANY,
   Defendant.
_____/

SC: 141776
COA: 299004
Arenac CC: 08-010550-CZ

On order of the Court, the application for leave to appeal the August 10, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

y0131